IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 18-66575 pmb |
| Fredegra LaShawan Brown | § | |
| *dba Atlanta Auction Access Inc.* | § | CHAPTER 11 |
| | § | |
| Debtor | § | |
| | | |
| Carvana, LLC | § | CONTESTED MATTER |
| | § | |
| Respondent | § | |
| v. | § | |
| Fredegra LaShawan Brown, Debtor | § | |
| | § | |
| Thomas Wayne Dworschak, US Trustee | § | |
| | § | |
| | § | |

## OBJECTION TO MOTION FOR ORDER AUTHORIZING PROTECTION PAYMENTS TO SECURED CREDITORS

COMES NOW, Carvana, LLC (Carvana), and objects to the Debtor's motion for the reasons set forth below:

1.

Carvana, holds a first priority lien on the Certificate of Title to the Debtor's 2014 BMW 5 Series.

2.

The subject vehicle was purchased on May 14, 2017 for $49,045.22 with interest at 21.98% and monthly payments of $594.00.

3.

The Debtor has made no payments since the filing of the within case on October 1, 2018 and the loan is contractually due for the October 13, 2018 payment.

4.

The Debtor's proposed payment is insufficient to provide Carvana, LLC with adequate protection.

THEREFORE, based upon the above and foregoing facts Carvana objects to the proposed treatments.

This 13th day of June 2019

                      Respectfully Submitted

**/s/Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
Attorney for Respondent
180 Interstate N Parkway, Suite 200
Atlanta, GA  30339
404-252-6385 Phone; 404-252-6394 Fax
rmaner@rbmlegal.com

**CERTIFICATE OF SERVICE**

       This is to certify that I have served a copy of **OBJECTION TO MOTION** electronically.  Those not served electronically have been served by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage thereon as follows:

Fredegra LaShawan Brown
9830 Cedar Grove Road
Fairburn, GA 30213

Joseph Chad Brannen
The Brannen Firm, LLC
Suite G
7147 Jonesboro Road
Morrow, GA 30260

Office of US Trustee
362 United States Courthouse
75 Spring Street SW
Atlanta, GA 30303


       This the 19th day of April 2019

       **/s/Richard B. Maner**
       Richard B. Maner, GA Bar No. 486588
       Attorney for Respondent
       180 Interstate N Parkway, Suite 200
       Atlanta, GA  30339
       404-252-6385 Phone; 404-252-6394 Fax
       rmaner@rbmlegal.com