**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Fredegra Lashawan Brown | ) | CASE NO. 18-66575- pmb |
| | ) | |
| Debtor | ) | |
| Carvana, LLC | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| Fredegra Lashawan Brown | ) | |
| US Trustee's Office | ) | |
| Respondents. | ) | |
| | ) | |

**NOTICE OF HEARING**

Carvana, LLC, ("Movant") has filed a Motion for Relief from Stay, seeking relief from the automatic stay on Debtor's 2014 BMW 5 Series; VIN WBA5A5C53ED500240.

**YOUR RIGHTS MAY BE AFFECTED**. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to lift the automatic stay, sought in motion, or if you want the court to consider your views on the motion, then you or your attorney must attend the hearing scheduled to be held on this motion at **United States Bankruptcy Court, Courtroom 1202, 75 Ted Turner Drive, SW, Atlanta, GA 30303 on July 15, 2019 at 1:30 P.M.**

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.

Dated: June 13, 2019

/s/ Richard B. Maner
Richard B. Maner, GA Bar No. 486588
Counsel for Movant
180 Interstate N Parkway, Suite 200
Atlanta, GA  30339
Phone: (404) 252-6385; Fax: (404) 252-6394
rmaner@rbmlegal.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| Fredegra Lashawan Brown. ) | CASE NO. 18-66575- pmb |
| ) | |
| Debtor ) | |
| Carvana, LLC ) | |
| ) | |
| Movant, ) | |
| v. ) | CONTESTED MATTER |
| ) | |
| Fredegra Lashawan Brown., Debtor ) | |
| US Trustee Office ) | |
| ) | |
| Respondents. ) | |
| ) | |

## MOTION FOR RELIEF FROM STAY

COMES NOW, Carvana, LLC, ("Movant") and moves this Court for relief from the automatic stay pursuant to 11 U.S.C. §362. In support thereof, Movant shows the Court as follows:

1.

Debtor filed for relief under Chapter 13 of the U.S. Bankruptcy Code on 10/01/2018, and said case converted to Chapter 11 on 04/17/2019.

2.

Movant, hold title and is secured by a Simple Interest Retail Installment Contract to Debtor's 2014 BMW 5 Series; VIN WBA5A5C53ED500240, copies of the contract is attached hereto as Exhibit A. The approximate payoff is $22,483.02, as of 6/13/19 the loan is delinquent $3921.07 and is contractually due for the 10/31/18 through 6/13/19 payments.

3.

As of 6/13/2019 the value is $17,650.00, NADA report is attached as Exhibit B.

4.

Movant has not provided proof of full coverage insurance protecting its interest in the Collateral.

5.

Movant requests upon entry of an Order granting relief from stay, that Rule 3002.1 of the Federal Rules of Bankruptcy Procedure no longer apply as the claim is not provided for under 11 U.S.C. Section 362(d).

6.

Movant requests that should relief be granted, Movant has the right to file an unsecured deficiency claim upon sale of the subject vehicle.

WHEREFORE, the Movant prays for an Order relieving it from the automatic stay of 11 U.S.C. § 362, authorizing Movant to proceed with the sale of the collateral, under its contract, in accordance with and pursuant to appropriate state statutes; directing that Rule 3002.1 no longer apply.  Movant further prays that the provisions of Bankruptcy Rule 4001(a)(3) be waived so that such Order be effective upon entry.

This 13th day of June 2019.

Respectfully Submitted,

**/s/ Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
Counsel for Movant
180 Interstate N Parkway, Suite 200
Atlanta, GA  30339
Phone: (404) 252-6385; Fax: (404) 252-6394
*rmaner@rbmlegal.com*

## CERTIFICATE OF SERVICE

      I, Richard B. Maner, certify that I am over the age of 18 and that on June 13, 2019, I served a copy of Movant's **MOTION FOR RELIEF FROM STAY** and **NOTICE OF HEARING** electronically. Those not served electronically have been served by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage prepaid on the following persons or entities at the addresses stated:

Fredegra LaShawan Brown
9830 Cedar Grove Road
Fairburn, GA 30213

Joseph Chad Brannen
The Brannen Firm, LLC
Suite G
7147 Jonesboro Road
Morrow, GA 30260

Office of US Trustee
362 United States Courthouse
75 Spring Street SW
Atlanta, GA 30303


Dated: June 13, 2019

                                            **/s/ Richard B. Maner**
                                            Richard B. Maner GA Bar No. 486588
                                            Counsel for Movant
                                            RICHARD B. MANER, P.C.
                                            180 Interstate N Parkway
                                            Suite 200
                                            Atlanta, GA  30339
                                            Phone: (404) 252-6385; Fax: (404) 252-6394
                                            *rmaner@rbmlegal.com*

# Georgia Certificate of Title

DISCLAIMER: DO NOT ACCEPT THIS TITLE WITHOUT THE SECURITY THREAD LOCATED APPROXIMATELY TWO INCHES FROM LEFT EDGE.

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | TYPE OF BODY | MODEL | CYL | DATE ISSUED |
|---|---|---|---|---|---|---|
| WBA5A5C53ED500240 | BMW | 2014 | 4 DOOR | 528I | 4 | 06/07/2017 |

| DATE VEHICLE PUR | FUEL | NEW OR USED | ODOMETER* | PREVIOUS TITLE NBR / STATE OF ISSUE | NBR OF LIENS | COLOR | CURRENT TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 05/13/2017 | GASOLINE | USED | 042593 | /GA | 1 | WHI / WHI | |

**OWNER**
FREDEGRA LASHAWN BROWN
513 SUTHERLAND WAY
MCDONOUGH GA 30253-8754

* ODOMETER READING IS ACTUAL MILEAGE OF THE VEHICLE UNLESS OTHERWISE INDICATED BELOW.

MAIL TO:

CARVANA LLC
PO BOX 29002
PHOENIX AZ 85038-9002

T18

**1ST LIEN OR SECURITY INTEREST**
CARVANA LLC
PO BOX 29002
PHOENIX AZ 85038-9002

**2ND LIEN OR SECURITY INTEREST**

**3RD LIEN OR SECURITY INTEREST**

The Georgia Department of Revenue issued this title pursuant to the Motor Vehicle Certificate of Title Act and this title is subject to its provisions. The Department certifies that on application duly made, the person named herein is registered as the lawful owner of the vehicle described subject to any liens or security interests set forth and such liens or security interests as may subsequently be filed with the Commissioner.

042527691

*Lynnette T. Riley*

STATE REVENUE COMMISSIONER

**RELEASE OF LIEN OR SECURITY INTEREST**

| DATE OF RELEASE | SECURITY INTEREST HOLDER | AUTHORIZED AGENT |
|---|---|---|
| 1ST LIEN | | BY |
| 2ND LIEN | | BY |
| 3RD LIEN | | BY |

46863242

NADAguides Value Report 6/13/2019

# 2014 BMW 5 Series

Sedan 4D 528i I4 Turbo

## Values

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| Base Price | $10,075 | $11,875 | $13,400 | $15,575 |
| Mileage (67,607) | $550 | $550 | $550 | $550 |
| Total Base Price | $10,625 | $12,425 | $13,950 | $16,125 |
| **Options** (add) |  |  |  |  |
| **Price + Options** | $10,625 | $12,425 | $13,950 | $16,125 |
| Certified Pre-Owned (CPO) |  |  |  | +$1,525 |
| **Certified Price with Options** |  |  |  | $17,650 |

**Rough Trade-In** - Rough Trade-in values reflect a vehicle in rough condition. Meaning a vehicle with significant mechanical defects requiring repairs in order to restore reasonable running condition. Paint, body and wheel surfaces have considerable damage to their finish, which may include dull or faded (oxidized) paint, small to medium size dents, frame damage, rust or obvious signs of previous repairs. Interior reflects above average wear with inoperable equipment, damaged or missing trim and heavily soiled /permanent imperfections on the headliner, carpet, and upholstery. Vehicle may have a branded title and un-true mileage. Vehicle will need substantial reconditioning and repair to be made ready for resale. Some existing issues may be difficult to restore. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Average Trade-In** - The Average Trade-In values on nadaguides.com are meant to reflect a vehicle in average condition. A vehicle that is mechanically sound but may require some repairs/servicing to pass all necessary inspections; Paint, body and wheel surfaces have moderate imperfections and an average finish and shine which can be improved with restorative repair; Interior reflects some soiling and wear in relation to vehicle age, with all equipment operable or requiring minimal effort to make operable; Clean title history; Vehicle will need a fair degree of reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Trade-In** - Clean Trade-In values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Vehicle will need minimal reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Retail** - Clean Retail values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition. Note: Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certification can be worth a significantly higher value than the Clean Retail price shown.

**Popular BMW Models**

BMW 3 Series
BMW 4 Series
BMW 5 Series
BMW 2 Series

**Popular BMW Vehicles**

2019 BMW 4 Series
2019 BMW X3
2019 BMW 5 Series
2018 BMW 3 Series

| | |
|---|---|
| BMW 6 Series | 2018 BMW 5 Series |
| BMW 7 Series | 2018 BMW 2 Series |
| BMW X3 | 2018 BMW 6 Series |
| BMW X5 | 2018 BMW X5 |
| BMW X1 | 2018 BMW 7 Series |
| BMW M4 | |

## Car Shopping Guides

10 Most Popular Midsize SUVs ...

Most Reliable Crossovers and S...

10 Most Popular Luxury Cars

2019 Vehicle Dependability: Mo...

Most Dependable Family SUVs:...

Most Dependable Trucks: 2018 ...

2019 Vehicle Dependability: Mo...

Most Reliable Luxury Crossover...

10 Most Popular Midsize Cars

2019 Vehicle Dependability: Mo...

## Cars By Price

Under $15,000

$15,000 - $25,000

$25,000 - $35,000

$35,000 - $45,000

$45,000 - $55,000

$55,000 - $65,000

$65,000 - $75,000

Over $75,000

© 2019 J.D. Power. All rights reserved. ® A registered trademark of the National Automobile Dealers Association, under license to J.D. Power.